UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| STANLEY PACE | § | |
| | § | |
| v. | § | CIVIL NO. 4:22-CV-683-SDJ |
| | § | |
| SISTEMA DE ENSINO POLIEDRO | § | |
| VESTIBULARES LTDA., ET AL. | § | |

**FINAL DECLARATORY JUDGMENT**

Before the Court is the parties' Joint Motion for Entry of Final Declaratory Judgment, (Dkt. #8). Upon consideration of the motion, the Court concludes that it should be granted.

In accordance with 28 U.S.C. § 2201 the Court hereby **GRANTS** the motion for a Final Declaratory Judgment and adopts the following stipulated facts as findings of fact:

1. Plaintiff did not register the disputed domain name, poliedro.com with intent to sell it to Defendants, to disrupt their business, to prevent them from registering their trademarks, or to confuse consumers.

2. At all times, Plaintiff utilized the domain name in a bona fide manner for bona fide purposes.

3. The word "poliedro" is the Galician, Italian, Portuguese, and Spanish equivalent word for "polyhedron" in English but is also registered as a mark in the name of the Defendant, covering "educational services," in Brazil.

4. Plaintiff's use of poliedro.com as a domain name is fair and lawful.

5. At no time did Plaintiff trade upon or use Defendant's trademarks.

1

6. Plaintiff did not register or use the domain name poliedro.com in "Bad Faith" as defined by 15 U.S.C. § 1125.

7. Plaintiff has never sold, transferred, or trafficked in the domain name. Nor has Plaintiff at any time specifically offered to sell the domain name to Defendant, although the domain name, along with thousands of other domain names registered by Plaintiff, is available for sale.

8. Plaintiff did not have any intent to divert consumers from the mark owner's online location to a site accessible under the domain name that could harm the goodwill represented by the mark, either for commercial gain or with the intent to tarnish or disparage the mark, by creating a likelihood of confusion as to the source, sponsorship, affiliation, or endorsement of the site.

9. Plaintiff did not provide material and misleading false contact information when applying for the registration of the domain name. Plaintiff did not fail to maintain accurate contact information with respect to the domain name in question or with respect to any other domain name.

Based on these factual findings, the Court **GRANTS** the following declaratory relief:

A. Plaintiff's use and possession of the domain name poliedro.com neither infringes Defendants' trademarks nor constitutes a violation of any Federal or State law;

B. Plaintiff may continue to use and enjoy his chosen domain name without interference of any type by the Defendants.

2

C. This judgment does not adjudicate or foreclose any trademark rights that

Defendants may have in Brazil, and Defendants do not waive any such rights.

Any relief not expressly granted in this judgment is **DENIED**. All costs and

attorneys' fees will be borne by the party incurring them.

This is a final judgment. The clerk is instructed to **CLOSE** this civil action.

**So ORDERED and SIGNED this 2nd day of June, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE

3